UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GURMEET SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:15-cv-1916-WTL-MPB |
| | ) |
| JEH JOHNSON, Secretary of the | ) |
| Department of Homeland Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Court having granted the Defendants' motion to dismiss, judgment is hereby **ENTERED** in favor of the Defendants and against the Plaintiff on all claims in the Plaintiff's Complaint.

SO ORDERED: 8/17/16

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification.